JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 357 -- IN RE AIR CRASH DISASTER NEAR READING, PENNSYLVANIA ON APRIL 9, 1977

| Date | No. Code | |
|---|---|---|
| 8/10/78 | 1 | MOTION/BRIEF, SCHEDULE OF CASES, CERT. OF SERVICE -- Plaintiffs Hagerstown Cash Register, Inc. and Southern Pennsylvania Bank, Gladys Lauretta Pollock, etc. SUGGESTED TRANSFEREE DISTRICT: EASTERN DISTRICT OF PENNSYLVANIA SUGGESTED TRANSFEREE JUDGE: JUDGE JOHN P. FULLAM (cds) |
| 8/18/78 | | APPEARANCES: GEORGE F. KUGLER, JR., ESQ. FOR Edith Olden; Robert W. JOHNSON, ESQ. FOR MERLE and JUANITA Williams, heirs of the Estate of Bruce Williams, deceased; ARTHUR ALAN WOLK, ESQ. FOR Hagerstown Cash Register, Inc. Southern Pennsylvania Bank Gladys Lauretta Pollock Co-Executors of the Estate of Robert H. Pollock, Deceased; DAVID L. STECK, ESQ. FOR ALTAIR AIRLINES, INC. (cds) |
| (see below) | | ~~DAVID~~ ~~L.~~ ~~STECK,~~ ~~ESQ.~~ ~~FOR~~ ~~Southern~~ ~~Penna.~~ |
| 8/25/78 | 2 | ~~JOINDER IN MOTION -- Plaintiffs Hagerstown Cash Register, Inc.~~ ~~Southern Penna. Bank, Gladys L. Pollock for Estate of Robert H. Pollock~~ |
| 8/25/78 | 3 | RESPONSE/BRIEF -- Plaintiff Edith Olden -- w/cert. of service (cds) |
| 8/28/78 | 4 | MEMORANDUM IN LIEU OF BRIEF -- plaintiff Anthony Chiofalo w/cert. of svc. (ea) |
| 8/28/78 | 5 | RESPONSE -- Altair Airlines, Inc., w/cert. of svc. (ea). |
| 8/25/78 | 2 | JOINDER IN MOTION -- Plaintiff Attorney, Merle Williams -- w/cert. of service. (emh) |
| 10/4/78 | 6 | PETITION TO WITHDRAW MOTION -- Plaintiffs Cash Register, Inc. and Southern Pennsylvania Bank, Gladys Lauetta Pollock, etc. -- w/cert. of service (cds) |
| 10/4/78 | | LETTER -- Counsel for Plaintiff MERLE WILLIAMS, ETC. -- REQUEST TO BE SUBSTITUTED FOR MOVANT. (rew) |
| 10/5/78 | | LETTER -- Counsel for Plaintiff MERLE WILLIAMS, ETC. -- REQUEST TO PROCEED AS MOVANT (rew) |
| 10/5/78 | | ORDER -- Granting Plaintiff Williams permission to proceed as movant and giving litigants until Oct. 16, 1978 to file further responses (rew) |
| 10/6/78 | | HEARING ORDER -- Setting A-1 thru A-5 for hearing to be in Jacksonville, Florida on 11/1/78. (emh) |

JPML FORM 1A - Continuation  DOCKET ENTRIES -- p. 2

DOCKET NO. 357 -- In re Air Crash Disaster Near Reading Pennsylvania on April 9, 1977

| Date | Ref | Pleading Description |
|---|---|---|
| 10/20/78 | 7 | SUPPLEMENTAL BRIEF -- Edith Olden w/cert. of svc. (ea) |
| 10/26/78 | | WAIVER OF ORAL ARGUMENT -- ROBERT W. JOHNSON for Merle Williams (cds) |
| 11/8/78 | | ORDER DENYING TRANSFER OF LITIGATION. Notified counsel, judges, clerks, Panel judges and recipients. (ea) |

Order denying Transfer 11/8/78

DOCKET NO. 357 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER NEAR READING, PENNSYLVANIA ON APRIL 9, 1977

## Summary of Panel Actions

Date(s) of Hearing(s) 11/1/78

Consolidation Ordered _____   Consolidation Denied 11/8/78

Opinion and/or Order _____

Citation _____

Transferee District _____   Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Edith Olden, etc. v. Hagerstown Cash Register, Inc. | D. N.J. Fisher | 77-1937 | | | | 11/8/78 |
| A-2 | Anthony Chiofalo, etc. v. Hagerstown Cash Register, Inc. | D. N.J. Gerry | 78-0717 | | | | 11/8/78 |
| A-3 | Merle Williams, etc. v. Southern Pennsylvania Bank and Lauretta H. Pollock, etc. and Hagerstown Cash Register, Inc. | E. Pa. Fullam | 77-3953 | | | | 11/8/78 |
| A-4 | Southern Pennsylvania Bank, Gladys Lauretta Pollock, etc. v. Altair Airlines, Inc. | E. Pa. Fullam | 78-7 | | | | 11/8/78 |
| A-5 | Hagerstown Cash Register, Inc. v. Altair Airlines, Inc. | E. Pa. Fullam | 78-2314 | | | | 11/8/78 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 357 -- IN RE AIR CRASH DISASTER NEAR READING, PENNSYLVANIA ON APRIL 9, 1977

| | |
|---|---|
| EDITH OLDEN, ETC. (A-1)<br>George F. Kugler, Jr., Esq.<br>Archer, Greiner & Read<br>One Centennial Square<br>East Euclid Avenue<br>Haddonfield, New Jersey  08033<br><br>ANTHONY CHIOFALO, ETC. (A-2)<br>Vincent J. Sgro, Esq.<br>11 Twelth Street<br>Hammonton, New Jersey  08037 | ALTAIR AIRLINES, INC.<br>David Steck, Esq.<br>Rowle & Henderson<br>2100 Packard Building<br>Philadelphia, Pennsylvania  19102 |
| MERLE WILLIAMS, ETC. (A-3)<br>Robert W. Johnson, Esq.<br>Sterns, Bostwick & Tehin<br>One Lombard<br>San Francisco, California  94111<br><br>HAGERSTOWN CASH REGISTER, INC. (A-5)<br>SOUTHERN PENNSYLVANIA BANK,<br>GLADYS LAURETTA POLLOCK, ETC. (A-4)<br>Arthur Alan Wolk, Esq.<br>1712 Locust Street<br>Philadelphia, Pennsylvania  19103 | |